UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEONARD CUSENZA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>THE TJX COMPANIES, INC., MARSHALLS OF MA, INC., AND MARMAXX OPERATING CORPORATION d/b/a MARMAXX GROUP,<br><br>DEFENDANTS. | CIVIL ACTION NO. 11-cv-11623-RGS |

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE OR STAY PROCEEDINGS IN FAVOR OF PRIOR LITIGATION**

Defendants The TJX Companies, Inc., Marshalls of MA, Inc., and MARMAXX Operating Corporation d/b/a MARMAXX Group (hereinafter collectively "Defendants"), hereby move this Court to dismiss Plaintiff Leonard Cusenza's Complaint and Demand for Jury Trial without prejudice, or in the alternative, transfer venue or stay this litigation, under the first-filed rule in favor of consolidated litigation currently pending in the United States District Court for the Southern District of New York styled *Archibald, et al. v. Marshalls of MA, Inc., et al.*, Civil Action No. 09 – CV – 2323 (LAP), and *Guillen v. Marshalls of MA, Inc., et al.*, Civil Action No. 09 – CV – 9575 (LAP) (GWG). Defendants are filing simultaneously herewith a memorandum in support of the instant Motion.

**REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this Motion.

1

## LOCAL RULE 7.1 CERTIFICATION

Counsel for Defendants certifies that we have attempted to confer in good faith with counsel for the Plaintiff to resolve or narrow the issues. During the week of October 10, 2011, we left messages with Plaintiff's counsel's assistant and followed up via letter dated October 13, 2011. Plaintiff's counsel responded via letter dated October 19, 2011. The parties were unable to resolve or narrow the issues presented herein.

    Respectfully submitted,

    THE TJX COMPANIES, INC., MARSHALLS OF MA, INC., AND MARMAXX OPERATING CORPORATION D/B/A MARMAXX GROUP,

    By their attorneys,

    /s/ Gregory C. Keating
    Gregory C. Keating (BBO No. 564523)
    Roberta Limongi Ruiz (BBO No. 669629)
    **LITTLER MENDELSON, P.C.**
    One International Place
    Suite 2700
    Boston, MA  02110
    Phone 617.378.6000
    Fax 617.737.0052
    gkeating@littler.com
    rruiz@littler.com

Dated:  October 24, 2011

## CERTIFICATE OF SERVICE

 I hereby certify that on this 24th day of October, 2011 the foregoing Motion was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                /s/ Gregory C. Keating
                Gregory C. Keating